**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRIDGET R. JONES**                                                                                    **PLAINTIFF**

**v.**                                        **CASE NO. 4:11CV00003 BSM**

**UNITED STATES PROBATION OFFICE,**
**SHERIE GRIMES, and SELINA EARSA**                                                **DEFENDANTS**

## ORDER

The United States Probation Office's motion for reconsideration [Doc. No. 32] of the April 26, 2011, order denying its motion to quash plaintiff's subpoena is denied. The probation office may be correct, however, that some of the requested information could be sensitive in that it may primarily concern persons other than plaintiff. For this reason, the probation office is ordered to produce all documents responsive to plaintiff's request directly to my chambers no later than May 16, 2011. The probation office is requested to provide a detailed explanation regarding why it believes the documents should not be produced. The documents, as well as the probation office's objections, will be reviewed *in camera* before a determination is made as to which documents will be produced to plaintiff.

IT IS SO ORDERED this 4th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE