IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIDGET R. JONES**                                                                                   **PLAINTIFF**

v.                                   **CASE NO. 4:11CV00003 BSM**

**CHIRIE GRIMES and SELINA EARSA**                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

Dated this 17th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE